# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 11, 2008

Charles R. Fulbruge III
Clerk

No. 07-50726
Summary Calendar

MARTIN MORENO RUIZ

Plaintiff-Appellant

v.

PATRICIO MARTINEZ, Chihuahua State Governor's Office of the General
Justice of the State previous office of the Ministerial Public; JOSE REYES
BAEZA, Chihuahua State Governor's Office of the General Justice of the State
previous Office of the Ministerial Public; POLICE DEPARTMENT ATTORNEY
GENERAL OF JUSTICE OF THE STATES OF CHIHUAHUA; PATRICIA
GONZALEZ RODRIGUEZ, Sub-Attorney General of Justice of the State of
Chihuahua; NORMA DOMINGUEZ RIVERA, Supervisors of the Ministerial
Public Police Department; ET AL

Defendants-Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:07-CV-78

Before KING, DAVIS and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Martin Moreno Ruiz, alien detainee # A28-486-148, appeals the district
court's dismissal of his complaint against various elected officials and employees
of the City of Juarez and the State of Chihuahua, Mexico. Aside from

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion
should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

conclusional allegations that his complaint was filed under the Alien Tort Claims Act, the Universal Declaration of Human Rights, the United Nations Charter, and Article VI of the United States Constitution, Ruiz does not address the district court's determination that it lacked subject matter jurisdiction over his claims and personal jurisdiction over the defendants. Ruiz's attempt to incorporate by reference the arguments set forth in his notice of appeal is an insufficient means of raising those arguments in this court. See Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993). Therefore, Ruiz has abandoned any challenge to the district court's dismissal of his complaint by failing to raise the issues in his brief. See Brinkmann v. Dallas County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987). Accordingly, the district court's judgment is AFFIRMED. Ruiz's motions for a temporary restraining order (stay of deportation), a transfer or relocation to another facility, a picture of the district court judge, and newspaper reports concerning the appellants are DENIED.